**No. 58648.**—Abercrombie & Fitch Co. *v.* United States, protest 229560–K (New York).

Opinion by WILSON, J. It was stipulated that the merchandise and issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519). In accordance with stipulation of counsel and following the cited case, the protest was dismissed, and the

(249)

matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).